FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 11, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> THOMPSON DENSMORE ST PIERRE, <br><br> Defendant. | No. 2:18-MJ-00105-JTR-1 <br><br> ORDER FOLLOWING MOTION HEARING AND INITIAL APPEARANCE PURSUANT TO FED. R. CRIM. P. 5 AND ORDER OF REMOVAL <br><br> **MOTION GRANTED** <br> **(ECF No. 11)** |

At Defendant's May 11, 2018, motion hearing, Defendant appeared, in custody, with Assistant Federal Defender W. Miles Pope. Assistant U.S. Attorney George J.C. Jacobs, III, represented the United States.

The Court ordered Defendant released because there was no evidence of an outstanding warrant for his arrest in this cause, and no record of a probable cause arrest on the District of Montana indictment. The Court determined that without a warrant, this Court had no authority under Fed. R. Crim. P. 5 or any other statute to detain or transport Defendant to the District of Montana.

Actual release was stayed while the United States sought appeal of this release. The United States also filed a motion for reconsideration of the Court's ruling, attaching a copy of the warrant issued by the District of Montana on May 10, 2018. ECF No. 11-2

There now being evident a warrant from the District of Montana, the United States' motion to reconsider, **ECF No. 11**, is **GRANTED**.

This Court then readvised Defendant of his rights under Rule 5 and conducted an initial appearance on the indictment out of the District of Montana.

ORDER - 1

Defendant, individually and through counsel, waived the right to an identity hearing, pursuant to Fed. R. Crim. P. 5. Defendant's waiver is accepted as knowing and voluntary. Defendant, personally and through counsel, waived Defendant's right to a preliminary hearing. Defendant, personally and through counsel, waived the right to a detention hearing.

Defendant shall be held in detention pending disposition of this case or until further order of the court. Defendant is committed to the custody of the U.S. Marshal for confinement separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel.

If a party desires this Court to reconsider its determination of detention status or conditions of release because of material and newly discovered circumstances pursuant to 18 U.S.C. § 3142(f), that party shall file a two-page motion for reconsideration succinctly stating what circumstances are new, how they are established, and the requested change in detention status or conditions of release. The motion shall indicate whether opposing counsel or Pretrial Services object, whether a hearing is desired, and whether a supplemental pretrial report is requested. This Court will treat the motion as expedited and submitted without argument, and will set a hearing or issue other orders as may be appropriate.

Defendant is committed to the custody of the United States Marshal for detention until further order of the court, and for removal as soon as reasonably possible to the District of Montana.

**IT IS SO ORDERED.**

DATED May 11, 2018.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE